**IN THE SUPREME COURT OF PENNSYLVANIA
WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 191 WAL 2018
:
Respondent :
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
v. :
:
:
RANDY JOSEPH SIMMONS, :
:
Petitioner :


## ORDER


**PER CURIAM**

    **AND NOW**, this 14th day of September, 2018, the Petition for Allowance of Appeal is **DENIED**.